**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO. 8:24-cv-00593-TPB-UAM**

MARION ELLIOTT, on behalf of herself
and those similarly situated,

    Plaintiff,

v.

FBQ, INC., (dba) Florida Best Quote Insurance
a Florida Profit Corporation
and  JEANETTE LAWRENSON, individually,

    Defendants,
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07 (c), I certify that the instant action:

___     IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:


__x___        IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    Dated this 20th day of March 2024.

                                                                Respectfully submitted,

                                                                ***/s Noah E. Storch***
                                                                Noah E. Storch, Esq.
                                                                Florida Bar No.: 0085476

        RICHARD CELLER LEGAL, P.A.
10368 W. State Road 84, Suite 103
Davie, FL 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771
E-mail:
noah@floridaovertimelawyer.com

*Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2024, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF filing system. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Noah E. Storch*
Noah E. Storch, Esq.